No. 88–1182. BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES *v.* BOUKNIGHT; and
No. 88–6651. MAURICE M. *v.* BOUKNIGHT. Ct. App. Md. Motion of respondent Jacqueline Bouknight for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following questions:

"1. Does a court order directing a parent to produce her previously abused infant son compel incriminating testimony in violation of the parent's Fifth Amendment privilege against self-incrimination?

"2. Even if the Fifth Amendment privilege is implicated by a court order to produce a child, is the privilege overcome by the

important societal interest in protecting children in jeopardy of serious injury?"

Cases consolidated and a total of one hour allotted for oral argument. 